```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                JUL 1 5 2010

                          CENTRAL DISTRICT OF CALIFORNIA
                                                    DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 07-626-VBF |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| ) | [Fed.R.Crim.P. 32.1(a)(6); |
| Kevin Elbert DAFFNEY ) | 18 U.S.C. 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _no evidence by D; no interview - no resources; nature_

1 | of charges, involving FTA's
2 |
3 |
4 | and/or
5 | B. (✓) The defendant has not met his/her burden of establishing by
6 | clear and convincing evidence that he/she is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: Criminal history & nature of action; no evid by ∆

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  7/15/10

　　　　　　　　　　　　　　　／s／ Ralph Zarefsky
　　　　　　　　　　　　　　　RALPH ZAREFSKY
　　　　　　　　　　　　　　　UNITES STATES MAGISTRATE JUDGE